Argued and submitted October 19, petition for review dismissed as moot
November 12, 1999

James SAGER,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S46812)

988 P2d 391

Margaret S. Olney, of Smith, Gamson, Diamond & Olney, Portland, argued the cause and filed the petition for petitioner.

Brendan C. Dunn, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

MEMORANDUM OPINION

The petition for review of ballot title is dismissed as moot.